UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-03936-SSS-JCx | Date | October 12, 2022 |
|---|---|---|---|
| Title | *Shirley Hinton v. Management and Training Corporation, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **SCHEDULING ORDER REGARDING THE PARTIES'
JOINT 26(f) REPORT [Dkt. 17] AND PROPOSED
DEADLINES FOR CLASS CERTIFICATION MOTION
AND HEARING (IN CHAMBERS)**

The Court has reviewed the Parties' Joint Rule 26(f) Report [Dkt. 17].  It hereby sets the following deadlines regarding Plaintiff's intended Motion for Class Certification and will schedule a case management conference to set all remaining deadlines after ruling on that Motion.

| Event | Deadline |
|---|---|
| Deadline to Complete Class Certification Discovery | 03/31/2023 |
| Deadline to File Motion for Class Certification | 04/21/2023 |
| Deadline to File Opposition to Motion for Class Certification | 05/19/2023 |
| Deadline to File Reply to Motion for Class Certification | 06/02/2023 |
| Class Certification Hearing | 06/16/2023, at 2:00 p.m. |

The Parties are reminded that all merits discovery is stayed until further order of the Court, and the only discovery permitted is discovery related to Class Certification.  [*See* Dkt. 16 at 15].  The Parties are directed to refer to the Court's Civil Standing Order for more information.  [*Id.*]

**IT IS SO ORDERED.**