Veronica T. Hunter (SBN 259859)
JACKSON LEWIS P.C.
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650 0404
Facsimile:  (713) 650-0405
Veronica.Hunter@jacksonlewis.com

Martin P. Vigodnier (SBN 311834)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile:  (213) 689-0430
Martin.Vigodnier@jacksonlewis.com

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY HINTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware corporation with its principal place of business in Utah, and DOES 1 to 100, inclusive.<br><br>Defendants. | **CASE NO.: 2:22-cv-03936-SSS-JC**<br><br>[*Assigned for all purposes to the Hon. Sunshine S. Sykes, Courtroom 2*]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:    April 26, 2022 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Please note that Plaintiff SHIRLEY HINTON ("Plaintiff") and Defendant MANAGEMENT & TRAINING CORPORATION ("Defendant") (collectively, the

"Parties"), have entered into an agreement to settle this case in its entirety. The Parties anticipate that a stipulation of dismissal will be filed by no later than November 27, 2023.

In light of the settlement, the Parties request that the Court vacate the Case Management Conference currently set for November 3, 2023, or in the alternative continue the Case Management Conference to a date after November 27, 2023.

Dated: October 27, 2023                             JACKSON LEWIS P.C.

                                            By:  */s/ Veronica T. Hunter*
                                                 Veronica T. Hunter
                                                 Martin P. Vigodnier

                                                 Attorneys for Defendant
                                                 MANAGEMENT & TRAINING CORPORATION

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CASE NAME:** SHIRLEY HINTON v. MANAGEMENT & TRAINING CORPORATION

**CASE NUMBER: 2:22-cv-03936-SSS-JC**

I am employed in the County of Harris, State of Texas. I am over the age of 18 and not a party to the within action; my business address is 717 Texas Avenue, Suite 1700, Houston, Texas 77002.

On October 27, 2023, I served the foregoing document described as:

## NOTICE OF SETTLEMENT

on the interested parties in this action addressed as follows:

POTTER HANDY LLP
Mark D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (858) 375-7385
Facsimile: (888)422-5191
jimt@potterhandy.com
mark@potterhandy.com

Attorneys for Plaintiff and the Putative Class

**[XX] BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Court's CM/ECF System.

**[XX] FEDERAL:** I declare under penalty of perjury under the laws of the State of Texas and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2023 at Houston, Texas.

*/s/ Pamela E. Barbossa*
Pamela E. Barbossa